UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MICHAEL KELLEY,                                  :
                     Plaintiff,         :
                                         :    **ORDER**
    -against-                                             :
                                           :    24 Civ. 5202 (AKH)
BASALTE, INC.,                                       :
                    Defendant.        :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference that was originally scheduled for March 14, 2025 is hereby adjourned to Friday, April 14, 2025, at 10:00 a.m., and will be conducted telephonically via the information provided in this Court's Scheduling Order of February 12, 2025, ECF No. 19. For the avoidance of doubt, the call-in number for this conference is **646-453-4442**, and the access code is **808 755 456#.**

          SO ORDERED.

Dated:      February 13, 2025                    _____/s/ Alvin K. Hellerstein_____
              New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge