IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KELLEY, <br> Plaintiff, <br><br> v. <br><br> BASALTE, INC., <br> Defendant, | Case No.: 24-cv-5202 |

### (PROPOSED) ORDER

THIS MATTER comes before the Court following the filing of the Complaint by the plaintiff Michael Kelley ("Plaintiff") for copyright infringement in violation of 17 U.S.C. 106 *et. seq.* against the defendant Basalte, Inc. ("Defendant"):

WHEREAS Defendant acknowledges and admits liability for copyright infringement as alleged in the Complaint;

WHEREAS the parties have entered a stipulation as to liability limited solely to the issue of liability for copyright infringement;

IT IS ORDERED that Defendant is liable to Plaintiff for copyright infringement as alleged in the Complaint. It is further ORDER that the determination of willfulness and damages shall be reserved for further proceedings before this Court.

SO ORDERED this 3rd day of April, 2025.

By: /s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge